| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**Mary June Adanza Borromeo**<br><br><br><br><br>                                                                                 Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/19/2026     Mary June Adanza Borromeo                    _____
                     Printed name of Debtor 1                      Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                        Page 1                            F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                              Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          Page 2                                          **F 1002-1.EMP.INCOME.DEC**



#3132 - MARY JUNE A. BORROMEO - 3602　　　　　　Check94744　　　　Pay Date: 02/20/2026
5101 MUGIMAR　　　　　　　　　　　　　　　　　Type: Regular　　　　Pay Period: 02/01/2026-02/14/2026

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OTNONEX | 27.00 | 0.20 | 5.40 | 18.90 |
| Regular | 18.00 | 79.09 | 1,423.62 | 5,139.36 |
| Sick - H | | | | 288.00 |
| **Gross Pay** | | | **1,429.02** | **5,446.26** |
| Hours Worked | | 79.29 | | |
| Hours Paid | | 79.29 | | |

### Allocations

| Name | Amount |
|---|---|
| 5101 MUGIMARU/DON-DON TEI | 1,429.02 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,429.02 | 5,446.26 | 19.06 | 57.16 |
| FICA | 1,429.02 | 5,446.26 | 88.60 | 337.67 |
| MEDI | 1,429.02 | 5,446.26 | 20.72 | 78.97 |
| SIT:CA | 1,429.02 | 5,446.26 | 17.24 | 63.00 |
| SDI:CA | 1,429.02 | 5,446.26 | 18.58 | 70.80 |
| **Total** | | | **164.20** | **607.60** |

| **Net Pay** | | | **1,264.82** | **4,838.66** |
|---|---|---|---|---|
| Check | | | 1,264.82 | 4,838.66 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| Sick Leave-H | Hrs: | 40.00 | 16.00 | 24.00 |

### Tax Allowance Settings

Federal:
- Married Filing Jointly
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

California:
- Allowances: 0
- Additional Allowances: 0
- California Political Subdivision: False
- Filing Status: M
- Supplemental Type: BONUS

SUSHI BOY, INC. 3625 DEL AMO BLVD., SUITE 385, Torrance, CA 90503
Business Phone #: 310-515-4800

1 of 1

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OTNONEX | 27.00 | 0.03 | 0.81 | 13.50 |
| Regular | 18.00 | 79.34 | 1,428.12 | 3,715.74 |
| Sick - H | | | | 288.00 |
| Gross Pay | | | 1,428.93 | 4,017.24 |
| Hours Worked | | 79.37 | | |
| Hours Paid | | 79.37 | | |

### Allocations

| Name | Amount |
|---|---|
| 101 MUGIMARU/DON-DON TEI | 1,428.93 |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Married Filing Jointly |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| California: | Allowances: 0 |
| | Additional Allowances: 0 |
| | California Political Subdivision: False |
| | Filing Status: M |
| | Supplemental Type: BONUS |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,428.93 | 4,017.24 | 19.05 | 38.10 |
| FICA | 1,428.93 | 4,017.24 | 88.59 | 249.07 |
| MEDI | 1,428.93 | 4,017.24 | 20.72 | 58.25 |
| SIT:CA | 1,428.93 | 4,017.24 | 17.23 | 45.76 |
| SDI:CA | 1,428.93 | 4,017.24 | 18.57 | 52.22 |
| Total | | | 164.16 | 443.40 |

| | Current | YTD |
|---|---|---|
| Net Pay | 1,264.77 | 3,573.84 |
| Check | 1,264.77 | 3,573.84 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| Sick Leave-H | Hrs | 40.00 | 16.00 | 24.00 |

SUSHI BOY, INC. 3625 DEL AMO BLVD., SUITE 385, Torrance, CA 90503    1 of 1
Business Phone #: 310-515-4800

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

#5102 - MARY JUNE A. BORROMEO - 3602  
5101 MUGIMAR  
Check 94533  
Type: Regular  
Pay Date: 01/23/2026  
Pay Period: 01/04/2026-01/17/2026

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OTNONEX | 27.00 | 0.07 | 1.89 | 12.69 |
| Regular | 18.00 | 79.28 | 1,427.04 | 2,287.62 |
| Sick - H | | | | 288.00 |
| **Gross Pay** | | | **1,428.93** | **2,588.31** |
| Hours Worked | | 79.35 | | |
| Hours Paid | | 79.35 | | |

### Allocations

| Name | Amount |
|---|---|
| 5101 MUGIMARU/DON-DON TEI | 1,428.93 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,428.93 | 2,588.31 | 19.05 | 19.05 |
| FICA | 1,428.93 | 2,588.31 | 88.60 | 160.48 |
| MEDI | 1,428.93 | 2,588.31 | 20.72 | 37.53 |
| SIT:CA | 1,428.93 | 2,588.31 | 17.23 | 28.53 |
| SDI:CA | 1,428.93 | 2,588.31 | 18.58 | 33.65 |
| **Total** | | | **164.18** | **279.24** |

| Net Pay | | 1,264.75 | 2,309.07 |
|---|---|---|---|
| Check | | 1,264.75 | 2,309.07 |

### Tax Allowance Settings

Federal: Married Filing Jointly  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $0.00  
Deduction: $0.00  
Other Income: $0.00  
California: Allowances: 0  
Additional Allowances: 0  
California Political Subdivision: False  
Filing Status: M  
Supplemental Type: BONUS

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| Sick Leave-H | Hrs: | 40.00 | 16.00 | 24.00 |

SUSHI BOY, INC. 3625 DEL AMO BLVD., SUITE 385, Torrance, CA 90503  
Business Phone #: 310-515-4800

1 of 1


▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

5101 MUGIMAR  
JUNE A. BORROMEO - 3602  
Check 94427  
Type: Regular  
Pay Date: 01/09/2026  
Pay Period: 12/21/2025-01/03/2026

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OTNONEX | 27.00 | 0.40 | 10.80 | 10.80 |
| Regular | 18.00 | 47.81 | 860.58 | 860.58 |
| Sick - H | 18.00 | 16.00 | 288.00 | 288.00 |
| **Gross Pay** | | | **1,159.38** | **1,159.38** |
| Hours Worked | | 48.21 | | |
| Hours Paid | | 64.21 | | |

### Allocations

| Name | Amount |
|---|---|
| 5101 MUGIMARU/DON-DON TEI | 1,159.38 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,159.38 | 1,159.38 | | |
| FICA | 1,159.38 | 1,159.38 | 71.88 | 71.88 |
| MEDI | 1,159.38 | 1,159.38 | 16.81 | 16.81 |
| SIT:CA | 1,159.38 | 1,159.38 | 11.30 | 11.30 |
| SDI:CA | 1,159.38 | 1,159.38 | 15.07 | 15.07 |
| **Total** | | | **115.06** | **115.06** |

### Net Pay

| | Current | YTD |
|---|---|---|
| | 1,044.32 | 1,044.32 |
| Check | 1,044.32 | 1,044.32 |

### Tax Allowance Settings

**Federal:**  
Married Filing Jointly  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $0.00  
Deduction: $0.00  
Other Income: $0.00  

**California:**  
Allowances: 0  
Additional Allowances: 0  
California Political Subdivision: False  
Filing Status: M  
Supplemental Type: BONUS

### Accruals

| | Accrued | Taken | Bal. |
|---|---|---|---|
| Sick Leave-H Hrs: | 40.00 | 16.00 | 24.00 |

SUSHI BOY, INC. 3625 DEL AMO BLVD., SUITE 385, Torrance, CA 90503  
Business Phone #: 310-515-4800

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

1 of 1