United States Bankruptcy Court

Central District of California

In re:
Mary June Adanza Borromeo
    Debtor

Case No. 26-10653-SC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2

Date Rcvd: Jun 01, 2026     Form ID: 318a     Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mary June Adanza Borromeo, 2855 Pinecreek Dr Apt C328, Costa Mesa, CA 92626-7419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: richard.marshack@txitrustee.com | Jun 02 2026 01:56:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | EDI: EDD.COM | Jun 02 2026 05:52:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 02 2026 05:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42958327 | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 02:13:00 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42958328 | + EDI: BANKAMER2 | Jun 02 2026 05:52:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42958330 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 02 2026 01:56:00 | CarMax Auto Finance, PO Box 6045, Carol Stream, IL 60197-6045 |
| 42958334 | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 02 2026 01:56:00 | Credit Corp Solutions, 63 East 11400 south #408, Sandy, UT 84070-6705 |
| 42958329 | EDI: CAPITALONE.COM | Jun 02 2026 05:52:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 42958331 | Email/Text: bankruptcy@cavps.com | Jun 02 2026 01:56:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 42958332 | EDI: JPMORGANCHASE | Jun 02 2026 05:52:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42958333 | EDI: CITICORP | Jun 02 2026 05:52:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42958335 | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2026 01:56:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42958336 | EDI: PRA.COM | Jun 02 2026 05:52:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 42958337 | EDI: SYNC | Jun 02 2026 05:52:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42958338 | EDI: TDBANKNORTH.COM | Jun 02 2026 05:52:00 | TD Bank / Nordstrom, PO Box 6555, Englewood, CO 80155-6555 |
| 42958339 | EDI: Q3GTBI | Jun 02 2026 05:52:00 | The Bureaus, 711 N Edgewood Ave Ste 200, |

District/off: 0973-8      User: admin      Page 2 of 2

Date Rcvd: Jun 01, 2026      Form ID: 318a      Total Noticed: 18

Wood Dale, IL 60191-1254

42958340      EDI: USBANKARS.COM

Jun 02 2026 05:52:00      US Bank, PO Box 6352, Fargo, ND 58125-6352

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mary June Adanza Borromeo bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mary June Adanza Borromeo** | Social Security number or ITIN   xxx–xx–3602 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number:   8:26–bk–10653–SC | | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mary June Adanza Borromeo

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/1/26

**Dated:** 6/1/26

**By the court:** Scott C Clarkson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

8/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318–CACBdodb/CACodsc      **Order of Chapter 7 Discharge**      page 2